## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Catherine Vitale Jusino                  CHAPTER 13
       Shane Jusino

              Debtor(s)                      BKY. NO. 22-12854 MDC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Michael Farrington*
                                       Michael Farrington
                                       31 Oct 2022, 15:05:07, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322