UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Shane Jusino
Bankruptcy No. 22-12854-mdc
Adversary No.
Chapter 13

Date: 12/2/2022

To: MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

## NOTICE OF INACCURATE FILING

Re: Employee Income Records

The above pleading was filed in this office on 12/1/2022. Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and/or case number (is) are missing.
- ( )  Wrong PDF document attached
- ( )  PDF document not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- (xx) Other- **The attached PDF has the incorrect debtors name and case number**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**. Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **C. Wagner**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04