United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 22-12854-mdc
Shane Jusino    Chapter 13
Catherine Vitale Jusino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Feb 23, 2023 | Form ID: 155 | Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Jusino, Catherine Vitale Jusino, 640 Richfield Ave, Glenolden, PA 19036-1729 |
| 14730766 | + | Borough of Glenolden, 36 E Boon Ave, Glenolden, PA 19036-1899 |
| 14730768 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14730771 | | Del. Cnty. Water Quality Control Auth., 100 E 5th St, Chester, PA 19013-4508 |
| 14730772 | | Delaware County Solid Waste Authority, 1521 N Providence Rd, Media, PA 19063-1039 |
| 14730774 | + | Interboro School District, 900 Washington Ave, Prospect Park, PA 19076-1498 |
| 14736049 | + | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850-5368 |
| 14737208 | + | Members 1st FCU, PO Box 8893, Camp Hill,PA 17001-8893 |
| 14730776 | + | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14730777 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14730779 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14732748 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, C/O MICHAEL PATRICK FARRINGTON, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 14734888 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14730783 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14745978 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2023 00:05:00 | Ally Bank Lease Trust, c/o AIS Portfolio Services, Payment Processing Center, P.O. Box 78367, Phoenix AZ 85062-8367 |
| 14731651 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2023 00:12:53 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14731928 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2023 00:12:53 | Ally Bank Lease Trust - Assignor to Vehicle Asset, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14745760 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2023 00:13:02 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14730764 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2023 00:05:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14742554 | | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 24 2023 00:05:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14730765 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 24 2023 00:05:00 | Bank of America, Attn: Bankruptcy 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14742287 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 24 2023 00:05:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Feb 23, 2023 | Form ID: 155 | | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 14730769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:12:47 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14745268 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:12:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14730770 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:13:06 | Citibank/The Home Depot, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14730773 | + | Email/Text: duffyk@co.delaware.pa.us | Feb 24 2023 00:05:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14730775 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 00:05:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14730767 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2023 00:12:53 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14735966 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 24 2023 00:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14743808 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 00:12:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14746276 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2023 00:12:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14746171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2023 00:12:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14730778 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14730780 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2023 00:05:00 | Quicken Loans, Attn: Bankruptcy 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14732606 | ^ | MEBN | Feb 24 2023 00:00:17 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14736854 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2023 00:05:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14730781 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:13:02 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14730782 | | Email/Text: bankruptcy@td.com | Feb 24 2023 00:05:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14730784 | ^ | MEBN | Feb 24 2023 00:00:13 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 155 | Total Noticed: 39 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023                     Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Shane Jusino mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Catherine Vitale Jusino mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Debtor Shane Jusino mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Joint Debtor Catherine Vitale Jusino mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shane Jusino and Catherine Vitale Jusino

      Debtor(s)

Chapter: 13

Bankruptcy No: 22−12854−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this February 23, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Magdeline D. Coleman
                      Chief Judge ,
                      United States Bankruptcy Court