Certificate Number: 16339-PAE-DE-040254565

Bankruptcy Case Number: 22-12854



16339-PAE-DE-040254565

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2025, at 10:46 o'clock PM EDT, Catherine Jusino completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 29, 2025        By:    /s/Kris Krumal

                                   Name:  Kris Krumal

                                   Title: Certified Financial Counselor