**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    SHANE JUSINO<br>    CATHERINE VITALE JUSINO<br><br>    **Debtors** | Chapter 13<br><br>Case No.22-12854-DJB |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: November 25, 2025        By:   */s/ Kenneth E. West*
                              _____
                              Kenneth E. West, Esquire, Chapter 13 Trustee
                              190 N. Independence Mall West
                              Suite 701
                              Philadelphia, PA  19106
                              (215) 627-1377 (Phone)