## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| SHANE JUSINO | |
| CATHERINE VITALE JUSINO | **BANKRUPTCY NO.** 22-12854-DJB |
| **Debtors** | |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    SHANE JUSINO
    CATHERINE VITALE JUSINO
    640 RICHFIELD AVE
    GLENOLDEN, PA  19036

B. and by electronic service only:

Creditor

    ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS
    635 WOODWARD AVENUE
    DETROIT, MI  48226

Debtor's Attorney

    CIBIK LAW, P.C.
    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA  19102

Dated:  11/25/2025

/s/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee