United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shane Jusino  
Catherine Vitale Jusino  
    Debtors

Case No. 22-12854-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2025     Form ID: 138OBJ     Total Noticed: 39

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Jusino, Catherine Vitale Jusino, 640 Richfield Ave, Glenolden, PA 19036-1729 |
| 14730766 | + | Borough of Glenolden, 36 E Boon Ave, Glenolden, PA 19036-1899 |
| 14730768 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14730771 | | Del. Cnty. Water Quality Control Auth., 100 E 5th St, Chester, PA 19013-4508 |
| 14730774 | + | Interboro School District, 900 Washington Ave, Prospect Park, PA 19076-1498 |
| 14730777 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14732748 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, C/O MICHAEL PATRICK FARRINGTON, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 04 2025 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14745978 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 04 2025 00:27:00 | Ally Bank Lease Trust, c/o AIS Portfolio Services, Payment Processing Center, P.O. Box 78367, Phoenix AZ 85062-8367 |
| 14731651 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 04 2025 00:38:39 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14731928 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 04 2025 00:25:57 | Ally Bank Lease Trust - Assignor to Vehicle Asset, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14745760 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 04 2025 00:25:57 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14730764 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 04 2025 00:27:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14742554 | | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 04 2025 00:27:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14730765 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2025 00:27:00 | Bank of America, Attn: Bankruptcy 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14742287 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2025 00:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

Case 22-12854-djb    Doc 48    Filed 12/05/25    Entered 12/06/25 00:37:16    Desc Imaged
                         Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: 138OBJ | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 14730767 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2025 00:26:48 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14730769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2025 00:37:49 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14745268 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2025 00:38:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14730770 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2025 00:37:53 | Citibank/The Home Depot, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14730773 | + | Email/Text: duffyk@co.delaware.pa.us | Dec 04 2025 00:27:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14730775 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2025 00:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14736049 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2025 00:25:57 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850-5368 |
| 14735966 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 04 2025 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14743808 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2025 00:26:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14737208 | + | Email/Text: Unger@Members1st.org | Dec 04 2025 00:27:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14730776 | + | Email/Text: Unger@Members1st.org | Dec 04 2025 00:27:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14746276 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2025 00:25:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14746171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2025 00:26:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14730778 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14730779 | ^ | MEBN | Dec 04 2025 00:17:58 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14730780 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 04 2025 00:27:00 | Quicken Loans, Attn: Bankruptcy 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14732606 | ^ | MEBN | Dec 04 2025 00:17:50 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14736854 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 04 2025 00:27:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14730781 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2025 00:37:46 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14730782 | | Email/Text: bankruptcy@td.com | Dec 04 2025 00:27:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14734888 | ^ | MEBN | Dec 04 2025 00:17:56 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14730783 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 04 2025 00:27:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14730784 | ^ | MEBN | Dec 04 2025 00:17:49 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 32

Case 22-12854-djb    Doc 48    Filed 12/05/25    Entered 12/06/25 00:37:16    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: 138OBJ | Total Noticed: 39 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14764036 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14730772 | ## | Delaware County Solid Waste Authority, 1521 N Providence Rd, Media, PA 19063-1039 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Shane Jusino help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Catherine Vitale Jusino help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)–doc 47 – 39

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Shane Jusino<br><br>  Catherine Vitale Jusino<br><br>  Debtor(s). | Case No. 22−12854−djb<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 3, 2025

For The Court

Mohung Wong
Clerk of Court